IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF Tennessee
_____ DIVISION

Shaun Williams
Petitioner

vs.

UNITED STATES OF AMERICA
Respondent

Case No. 3:13-cr-45

FILED
2019 MAY 31 A 11:23
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW before this Honorable Court petitioner, Shaun Williams, pro se, seeking early termination of ordered term of supervised release pursuant to 18 U.S.C. §3583(e)(1).

In support hereof, petitioner offers the following:

1. On March 2013, in the above mentioned case petitioner was sentenced to a term of 150 years supervised release to begin immediately upon petitioner's release from incarceration.

2. petitioner was released from incarceration on May 30 2018 and began ordered term of of supervised release on that date.

3. Petitioner has served in excess of one (1) year of ordered term of supervised release with exemplary behavior.

Under the authority provided them pursuant to 18 U.S.C. §3583(e)(1), a United States District Court has discretionary power to terminate a term of supervised release after the satisfactory completion of one (1) year. This authority applies to any term of supervised release, regardless of length.

WHEREFORE, petitioner prays this Honorable Court, pursuant to it's discretionary authority under 18 U.S.C. §3583(e)(1), will terminate petitioner's term of supervised release.

Respectfully submitted,

_____
Pro Se Petitioner